UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV1211 HEA |
| | ) |
| JAY ENGLEHART, | ) |
| | ) |
| Defendant. | ) |

# AMENDED OPINION, MEMORANDUM AND ORDER

The Opinion, Memorandum and Order of February 5, 2007 is amended, *nunc pro tunc*, as follows:

The second sentence of paragraph one under the Caption "Facts and Background should read:

In his Complaint, Plaintiff claims that he is suing Defendant in his "personal individual capacity" for Defendant's having had his security aides forcibly inject Plaintiff with Halodol on April 15, 2005.

Page two, paragraph three of the Opinion should read as follows:

On August 29, 2002, Defendant conducted a Medical and Psychiatric Assessment of Plaintiff. In his Medical and Psychiatric Assessment, Defendant submitted an Axis I diagnosis of Plaintiff that included the conditions of Paraphilia Not-Otherwise Specified (non-consenting), and Possible Sexual Sadism. These diagnoses were based on Defendant's interviews with Plaintiff, Plaintiff's Probable Cause

Evaluation pursuant to §632.489(4) R.S. Mo. and Plaintiff's Fulton State Hospital Chart.

Dated this 16th day of February, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE