# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1211 HEA |
| | ) | |
| JAY ENGLEHART, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal and Motion for Appointment of Counsel, (Doc. No. 33). The Motion to Proceed *In Forma Pauperis* is granted. The Court will forward the Motion for Appointment of Counsel to the Eighth Circuit Court of Appeals for its consideration.

Dated this 6th day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE